DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROLANDO OTERO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3082

[August 23, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 97-20899CF10A.

Rolando Otero, Doral, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***